Form 1-1

UNITED STATES COURT OF INTERNATIONAL TRADE          **FORM 1**

| |
|---|
| Motorcar Parts of America, Inc. |
| **Plaintiff,** |
| **v.** |
| **UNITED STATES,** **Defendant.** |

**S U M M O N S**

**Court No.**

**23-00139**

**TO:**     The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

**/s/ Mario Toscano**
Clerk of the Court

## PROTEST

| Port(s) of Entry: | Otay Mesa, CA | Center (if known): | Automotive & Aerospace, Partnership Branch, Team 023-1/CAC |
|---|---|---|---|
| Protest Number: | 250620100236; 250620100238; 250620100241; 250620100243 | Date Protest Filed: | 1/8/2020; 1/15/2020; 1/22/2020; 1/28/2020 |
| Importer: | Motorcar Parts of America, Inc. | Date Protest Denied: | 1/10/2023; 1/12/2023; 1/11/2023; 1/10/2023 |
| Category of Merchandise: | Automotive | | |

## ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| See attached | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Donald Harrison, Gibson, Dunn & Crutcher LLP

1050 Connecticut Ave. N.W.
Washington D.C. 20036
202-955-8560
dharrison@gibsondunn.com

344

Form 1-2

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Starters and alternators | 8511.50.0000 and 8511.40.0000 | 2.5% | 9801.00.20 and 9801.00.10 | Free |

### Other

**State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:**
19 U.S.C. § 1514(a)(2). CBP incorrectly determined that MPA's processes, systems and records could not support its claims for duty-free treatment under subheadings 9801.00.20 and 9801.00.10.

**The issue which was common to all such denied protests:**

CBP incorrectly determined that MPA's processes, systems and records could not support its claims for duty-free treatment under subheadings 9801.00.20 and 9801.00.10.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

_Signature of Plaintiff's Attorney_

7/7/2023

_Date_

Form 1-3

# SCHEDULE OF PROTESTS

Automotive and Aerospace

_____
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 2506-20-100236; 2506-20-100238; 2506-20-100241; 2506-20-100243 | 1/8/2020; 1/15/2020; 1/22/2020; 1/28/2020 | 1/10/2023; 1/12/2023; 1/11/2023; 1/10/2023 | See attached. | see attached. | See attached. | 2406 |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)

# Motorcar Parts of America, Inc.

## Schedule of Protests

**MOTORCAR PARTS OF AMERICA  IR #11-215396200**
PROTEST_NO.  250620100236

| ENTRY_NO | ENTRY_DATE | LIQUIDATION_DATE |
|---|---|---|
| 21834117760 | 12/29/2017 | 7/12/2019 |
| 21834117794 | 12/29/2017 | 7/12/2019 |
| 21834117653 | 12/29/2017 | 7/12/2019 |
| 21834117661 | 12/29/2017 | 7/12/2019 |
| 21834117679 | 12/29/2017 | 7/12/2019 |
| 21834117778 | 12/29/2017 | 7/12/2019 |
| 21834117695 | 12/29/2017 | 7/12/2019 |
| 21834117711 | 12/29/2017 | 7/12/2019 |
| 21834117729 | 12/29/2017 | 7/12/2019 |
| 21834117737 | 12/29/2017 | 7/12/2019 |
| 21834117752 | 12/29/2017 | 7/12/2019 |
| 21818241727 | 1/19/2018 | 7/12/2019 |

12 Entries

**MOTORCAR PARTS OF AMERICA  IR #11-215396200**
PROTEST_NO.  250620100238

| ENTRY_NO | ENTRY_DATE | LIQUIDATION_DATE |
|---|---|---|
| 21834118362 | 1/5/2018 | 7/19/2019 |
| 21834118438 | 1/6/2018 | 7/19/2019 |

2 Entries

**MOTORCAR PARTS OF AMERICA  IR #11-215396200**
PROTEST_NO. 250620100241

| ENTRY_NO | ENTRY_DATE | LIQUIDATION_DATE |
|---|---|---|
| 21833953405 | 11/9/2017 | 7/26/2019 |
| 21833953413 | 11/9/2017 | 7/26/2019 |
| 21833953421 | 11/9/2017 | 7/26/2019 |
| 21833953439 | 11/9/2017 | 7/26/2019 |
| 21833953447 | 11/9/2017 | 7/26/2019 |
| 21833953454 | 11/9/2017 | 7/26/2019 |
| 21833953462 | 11/9/2017 | 7/26/2019 |
| 21833953470 | 11/9/2017 | 7/26/2019 |
| 21833953488 | 11/9/2017 | 7/26/2019 |
| 21834032498 | 11/9/2017 | 7/26/2019 |
| 21834032506 | 11/9/2017 | 7/26/2019 |
| 21834032514 | 11/9/2017 | 7/26/2019 |
| 21834032571 | 11/9/2017 | 7/26/2019 |
| 21834032639 | 11/10/2017 | 7/26/2019 |
| 21834032647 | 11/10/2017 | 7/26/2019 |
| 21834032522 | 11/10/2017 | 7/26/2019 |
| 21834032530 | 11/10/2017 | 7/26/2019 |
| 21834032548 | 11/10/2017 | 7/26/2019 |
| 21834032563 | 11/10/2017 | 7/26/2019 |
| 21834032589 | 11/10/2017 | 7/26/2019 |
| 21834032597 | 11/10/2017 | 7/26/2019 |
| 21834032605 | 11/10/2017 | 7/26/2019 |
| 21834032621 | 11/10/2017 | 7/26/2019 |
| 21834032613 | 11/10/2017 | 7/26/2019 |
| 21834032654 | 11/11/2017 | 7/26/2019 |
| 21834032662 | 11/11/2017 | 7/26/2019 |
| 21834032670 | 11/11/2017 | 7/26/2019 |
| 21834032688 | 11/11/2017 | 7/26/2019 |
| 21834032696 | 11/11/2017 | 7/26/2019 |
| 21834032704 | 11/11/2017 | 7/26/2019 |
| 21834032712 | 11/11/2017 | 7/26/2019 |
| 21834032738 | 11/13/2017 | 7/26/2019 |
| 21834032746 | 11/13/2017 | 7/26/2019 |
| 21834032753 | 11/13/2017 | 7/26/2019 |
| 21834032761 | 11/13/2017 | 7/26/2019 |
| 21834032779 | 11/13/2017 | 7/26/2019 |
| 21834032787 | 11/13/2017 | 7/26/2019 |
| 21834032795 | 11/13/2017 | 7/26/2019 |
| 21834033819 | 11/22/2017 | 7/26/2019 |
| 21834033827 | 11/22/2017 | 7/26/2019 |
| 21834033835 | 11/22/2017 | 7/26/2019 |
| 21834033843 | 11/22/2017 | 7/26/2019 |
| 21834033850 | 11/22/2017 | 7/26/2019 |
| 21834033876 | 11/22/2017 | 7/26/2019 |
| 21834033884 | 11/22/2017 | 7/26/2019 |
| 21834033892 | 11/22/2017 | 7/26/2019 |
| 21834034015 | 11/23/2017 | 7/26/2019 |
| 21834033868 | 11/23/2017 | 7/26/2019 |
| 21834033918 | 11/23/2017 | 7/26/2019 |

| | | |
|---|---|---|
| 21834033926 | 11/23/2017 | 7/26/2019 |
| 21834033959 | 11/23/2017 | 7/26/2019 |
| 21834033967 | 11/23/2017 | 7/26/2019 |
| 21834033975 | 11/23/2017 | 7/26/2019 |
| 21834033983 | 11/23/2017 | 7/26/2019 |
| 21834033991 | 11/23/2017 | 7/26/2019 |
| 21834034007 | 11/23/2017 | 7/26/2019 |
| 21834033900 | 11/23/2017 | 7/26/2019 |
| 21834033934 | 11/23/2017 | 7/26/2019 |
| 21834033942 | 11/23/2017 | 7/26/2019 |
| 21834034023 | 11/24/2017 | 7/26/2019 |
| 21834034031 | 11/24/2017 | 7/26/2019 |
| 21834034064 | 11/24/2017 | 7/26/2019 |
| 21834034072 | 11/24/2017 | 7/26/2019 |
| 21834034049 | 11/24/2017 | 7/26/2019 |
| 21834034056 | 11/24/2017 | 7/26/2019 |
| 21834034163 | 11/27/2017 | 7/26/2019 |
| 21834034171 | 11/27/2017 | 7/26/2019 |
| 21834034189 | 11/27/2017 | 7/26/2019 |
| 21834034213 | 11/27/2017 | 7/26/2019 |
| 21834034098 | 11/27/2017 | 7/26/2019 |
| 21834034106 | 11/27/2017 | 7/26/2019 |
| 21834034114 | 11/27/2017 | 7/26/2019 |
| 21834034122 | 11/27/2017 | 7/26/2019 |
| 21834034130 | 11/27/2017 | 7/26/2019 |
| 21834034148 | 11/27/2017 | 7/26/2019 |
| 21834034155 | 11/27/2017 | 7/26/2019 |
| 21834034205 | 11/28/2017 | 7/26/2019 |
| 21834034221 | 11/28/2017 | 7/26/2019 |
| 21834034239 | 11/28/2017 | 7/26/2019 |
| 21834034254 | 11/28/2017 | 7/26/2019 |
| 21834034262 | 11/28/2017 | 7/26/2019 |
| 21834034270 | 11/28/2017 | 7/26/2019 |
| 21834034288 | 11/28/2017 | 7/26/2019 |
| 21834034296 | 11/28/2017 | 7/26/2019 |
| 21834034304 | 11/28/2017 | 7/26/2019 |
| 21834034320 | 11/28/2017 | 7/26/2019 |
| 21834034338 | 11/28/2017 | 7/26/2019 |
| 21834034346 | 11/28/2017 | 7/26/2019 |
| 21834034353 | 11/28/2017 | 7/26/2019 |
| 21834034361 | 11/28/2017 | 7/26/2019 |
| 21834034379 | 11/29/2017 | 7/26/2019 |
| 21834034395 | 11/29/2017 | 7/26/2019 |
| 21834034403 | 11/29/2017 | 7/26/2019 |
| 21834034411 | 11/29/2017 | 7/26/2019 |
| 21834034437 | 11/29/2017 | 7/26/2019 |
| 21834034445 | 11/29/2017 | 7/26/2019 |
| 21834034452 | 11/29/2017 | 7/26/2019 |
| 21834034460 | 11/29/2017 | 7/26/2019 |
| 21834034478 | 11/29/2017 | 7/26/2019 |
| 21834034502 | 11/29/2017 | 7/26/2019 |
| 21834034676 | 11/30/2017 | 7/26/2019 |
| 21834034643 | 11/30/2017 | 7/26/2019 |
| 21834034650 | 11/30/2017 | 7/26/2019 |

| | | |
|---|---|---|
| 21834034668 | 11/30/2017 | 7/26/2019 |
| 21834034684 | 11/30/2017 | 7/26/2019 |
| 21834034692 | 11/30/2017 | 7/26/2019 |
| 21834034528 | 11/30/2017 | 7/26/2019 |
| 21834034486 | 11/30/2017 | 7/26/2019 |
| 21834034494 | 11/30/2017 | 7/26/2019 |
| 21834034536 | 11/30/2017 | 7/26/2019 |
| 21834034544 | 11/30/2017 | 7/26/2019 |
| 21834034551 | 11/30/2017 | 7/26/2019 |
| 21834034569 | 11/30/2017 | 7/26/2019 |
| 21834034577 | 11/30/2017 | 7/26/2019 |
| 21834034585 | 11/30/2017 | 7/26/2019 |
| 21834034593 | 11/30/2017 | 7/26/2019 |
| 21834034601 | 11/30/2017 | 7/26/2019 |
| 21834034619 | 11/30/2017 | 7/26/2019 |
| 21834034627 | 11/30/2017 | 7/26/2019 |
| 21834034734 | 12/1/2017 | 7/26/2019 |
| 21834034817 | 12/1/2017 | 7/26/2019 |
| 21834034759 | 12/1/2017 | 7/26/2019 |
| 21834034833 | 12/1/2017 | 7/26/2019 |
| 21834034767 | 12/1/2017 | 7/26/2019 |
| 21834034775 | 12/1/2017 | 7/26/2019 |
| 21834034726 | 12/1/2017 | 7/26/2019 |
| 21834034742 | 12/1/2017 | 7/26/2019 |
| 21834034809 | 12/1/2017 | 7/26/2019 |
| 21834034700 | 12/1/2017 | 7/26/2019 |
| 21834034783 | 12/1/2017 | 7/26/2019 |
| 21834034718 | 12/1/2017 | 7/26/2019 |
| 21834034791 | 12/1/2017 | 7/26/2019 |
| 21834034825 | 12/2/2017 | 7/26/2019 |
| 21834034916 | 12/4/2017 | 7/26/2019 |
| 21834034940 | 12/4/2017 | 7/26/2019 |
| 21834034908 | 12/4/2017 | 7/26/2019 |
| 21834034981 | 12/4/2017 | 7/26/2019 |
| 21834034858 | 12/4/2017 | 7/26/2019 |
| 21834034932 | 12/4/2017 | 7/26/2019 |
| 21834034890 | 12/4/2017 | 7/26/2019 |
| 21834034973 | 12/4/2017 | 7/26/2019 |
| 21834034874 | 12/4/2017 | 7/26/2019 |
| 21834034957 | 12/4/2017 | 7/26/2019 |
| 21834034866 | 12/4/2017 | 7/26/2019 |
| 21834034882 | 12/4/2017 | 7/26/2019 |
| 21834034924 | 12/4/2017 | 7/26/2019 |
| 21834035004 | 12/5/2017 | 7/26/2019 |
| 21834034965 | 12/5/2017 | 7/26/2019 |
| 21834035053 | 12/5/2017 | 7/26/2019 |
| 21834035038 | 12/5/2017 | 7/26/2019 |
| 21834035087 | 12/5/2017 | 7/26/2019 |
| 21834035079 | 12/5/2017 | 7/26/2019 |
| 21834035020 | 12/5/2017 | 7/26/2019 |
| 21834035061 | 12/5/2017 | 7/26/2019 |
| 21834035046 | 12/5/2017 | 7/26/2019 |
| 21834035012 | 12/5/2017 | 7/26/2019 |
| 21834035095 | 12/5/2017 | 7/26/2019 |

| | | |
|---|---|---|
| 21834035178 | 12/6/2017 | 7/26/2019 |
| 21834035137 | 12/6/2017 | 7/26/2019 |
| 21834035210 | 12/6/2017 | 7/26/2019 |
| 21834035111 | 12/6/2017 | 7/26/2019 |
| 21834035194 | 12/6/2017 | 7/26/2019 |
| 21834035152 | 12/6/2017 | 7/26/2019 |
| 21834035186 | 12/6/2017 | 7/26/2019 |
| 21834035160 | 12/6/2017 | 7/26/2019 |
| 21834035145 | 12/6/2017 | 7/26/2019 |
| 21834035228 | 12/6/2017 | 7/26/2019 |
| 21834035129 | 12/6/2017 | 7/26/2019 |
| 21834035202 | 12/6/2017 | 7/26/2019 |
| 21834116630 | 12/19/2017 | 7/26/2019 |
| 21834116572 | 12/19/2017 | 7/26/2019 |
| 21834116648 | 12/19/2017 | 7/26/2019 |
| 21834116606 | 12/19/2017 | 7/26/2019 |
| 21834116622 | 12/19/2017 | 7/26/2019 |
| 21834116598 | 12/19/2017 | 7/26/2019 |
| 21834116671 | 12/19/2017 | 7/26/2019 |
| 21834116580 | 12/19/2017 | 7/26/2019 |
| 21834116655 | 12/19/2017 | 7/26/2019 |
| 21834116614 | 12/19/2017 | 7/26/2019 |
| 21834116721 | 12/20/2017 | 7/26/2019 |
| 21834116713 | 12/20/2017 | 7/26/2019 |
| 21834116739 | 12/20/2017 | 7/26/2019 |
| 21834116747 | 12/20/2017 | 7/26/2019 |
| 21834116689 | 12/20/2017 | 7/26/2019 |
| 21834116663 | 12/20/2017 | 7/26/2019 |
| 21834116705 | 12/20/2017 | 7/26/2019 |
| 21834116754 | 12/20/2017 | 7/26/2019 |
| 21834116762 | 12/20/2017 | 7/26/2019 |
| 21834116770 | 12/20/2017 | 7/26/2019 |
| 21834116788 | 12/20/2017 | 7/26/2019 |
| 21834116796 | 12/20/2017 | 7/26/2019 |
| 21834116804 | 12/20/2017 | 7/26/2019 |
| 21834116820 | 12/20/2017 | 7/26/2019 |
| 21834116812 | 12/20/2017 | 7/26/2019 |
| 21834116879 | 12/21/2017 | 7/26/2019 |
| 21834116853 | 12/21/2017 | 7/26/2019 |
| 21834116887 | 12/21/2017 | 7/26/2019 |
| 21834116994 | 12/21/2017 | 7/26/2019 |
| 21834116838 | 12/21/2017 | 7/26/2019 |
| 21834116895 | 12/21/2017 | 7/26/2019 |
| 21834116903 | 12/21/2017 | 7/26/2019 |
| 21834116861 | 12/21/2017 | 7/26/2019 |
| 21834116911 | 12/21/2017 | 7/26/2019 |
| 21834116846 | 12/21/2017 | 7/26/2019 |
| 21834116929 | 12/21/2017 | 7/26/2019 |
| 21834116945 | 12/21/2017 | 7/26/2019 |
| 21834116937 | 12/21/2017 | 7/26/2019 |
| 21834116952 | 12/21/2017 | 7/26/2019 |
| 21834116960 | 12/21/2017 | 7/26/2019 |
| 21834116986 | 12/21/2017 | 7/26/2019 |
| 21834116978 | 12/21/2017 | 7/26/2019 |

| | | |
|---|---|---|
| 21834117133 | 12/22/2017 | 7/26/2019 |
| 21834117042 | 12/22/2017 | 7/26/2019 |
| 21834117026 | 12/22/2017 | 7/26/2019 |
| 21834117059 | 12/22/2017 | 7/26/2019 |
| 21834117034 | 12/22/2017 | 7/26/2019 |
| 21834117141 | 12/22/2017 | 7/26/2019 |
| 21834117018 | 12/22/2017 | 7/26/2019 |
| 21834117067 | 12/22/2017 | 7/26/2019 |
| 21834117083 | 12/22/2017 | 7/26/2019 |
| 21834117075 | 12/22/2017 | 7/26/2019 |
| 21834117091 | 12/22/2017 | 7/26/2019 |
| 21834117109 | 12/22/2017 | 7/26/2019 |
| 21834117125 | 12/22/2017 | 7/26/2019 |
| 21834117117 | 12/22/2017 | 7/26/2019 |
| 21834117208 | 12/26/2017 | 7/26/2019 |
| 21834117158 | 12/26/2017 | 7/26/2019 |
| 21834117299 | 12/26/2017 | 7/26/2019 |
| 21834117174 | 12/26/2017 | 7/26/2019 |
| 21834117182 | 12/26/2017 | 7/26/2019 |
| 21834117190 | 12/26/2017 | 7/26/2019 |
| 21834117166 | 12/26/2017 | 7/26/2019 |
| 21834117216 | 12/26/2017 | 7/26/2019 |
| 21834117224 | 12/26/2017 | 7/26/2019 |
| 21834117232 | 12/26/2017 | 7/26/2019 |
| 21834117240 | 12/26/2017 | 7/26/2019 |
| 21834117257 | 12/26/2017 | 7/26/2019 |
| 21834117265 | 12/26/2017 | 7/26/2019 |
| 21834117281 | 12/26/2017 | 7/26/2019 |
| 21834117349 | 12/27/2017 | 7/26/2019 |
| 21834117356 | 12/27/2017 | 7/26/2019 |
| 21834117430 | 12/27/2017 | 7/26/2019 |
| 21834117463 | 12/27/2017 | 7/26/2019 |
| 21834117331 | 12/27/2017 | 7/26/2019 |
| 21834117448 | 12/27/2017 | 7/26/2019 |
| 21834117315 | 12/27/2017 | 7/26/2019 |
| 21834117323 | 12/27/2017 | 7/26/2019 |
| 21834117364 | 12/27/2017 | 7/26/2019 |
| 21834117372 | 12/27/2017 | 7/26/2019 |
| 21834117380 | 12/27/2017 | 7/26/2019 |
| 21834117398 | 12/27/2017 | 7/26/2019 |
| 21834117406 | 12/27/2017 | 7/26/2019 |
| 21834117414 | 12/27/2017 | 7/26/2019 |
| 21834117604 | 12/28/2017 | 7/26/2019 |
| 21834117646 | 12/28/2017 | 7/26/2019 |
| 21834117471 | 12/28/2017 | 7/26/2019 |
| 21834117489 | 12/28/2017 | 7/26/2019 |
| 21834117497 | 12/28/2017 | 7/26/2019 |
| 21834117638 | 12/28/2017 | 7/26/2019 |
| 21834117612 | 12/28/2017 | 7/26/2019 |
| 21834117620 | 12/28/2017 | 7/26/2019 |
| 21834117455 | 12/28/2017 | 7/26/2019 |
| 21834117521 | 12/28/2017 | 7/26/2019 |
| 21834117539 | 12/28/2017 | 7/26/2019 |
| 21834117547 | 12/28/2017 | 7/26/2019 |

| | | |
|---|---|---|
| 21834117562 | 12/28/2017 | 7/26/2019 |
| 21834117570 | 12/28/2017 | 7/26/2019 |
| 21834117422 | 12/28/2017 | 7/26/2019 |
| 21834117596 | 12/28/2017 | 7/26/2019 |
| 21834117588 | 12/28/2017 | 7/26/2019 |
| 21834117802 | 12/29/2017 | 7/26/2019 |
| 21834117810 | 12/29/2017 | 7/26/2019 |
| 21834117786 | 12/29/2017 | 7/26/2019 |
| 21834117687 | 12/29/2017 | 7/26/2019 |
| 21834117745 | 12/29/2017 | 7/26/2019 |
| 21834117943 | 1/2/2018 | 7/26/2019 |
| 21834117927 | 1/2/2018 | 7/26/2019 |
| 21834117935 | 1/2/2018 | 7/26/2019 |
| 21834117836 | 1/2/2018 | 7/26/2019 |
| 21834117844 | 1/2/2018 | 7/26/2019 |
| 21834117851 | 1/2/2018 | 7/26/2019 |
| 21834117877 | 1/2/2018 | 7/26/2019 |
| 21834117869 | 1/2/2018 | 7/26/2019 |
| 21834117893 | 1/2/2018 | 7/26/2019 |
| 21834117885 | 1/2/2018 | 7/26/2019 |
| 21834117919 | 1/2/2018 | 7/26/2019 |
| 21834188480 | 1/16/2018 | 7/26/2019 |
| 21834188498 | 1/16/2018 | 7/26/2019 |
| 21834188514 | 1/16/2018 | 7/26/2019 |
| 21834188522 | 1/16/2018 | 7/26/2019 |
| 21834188563 | 1/17/2018 | 7/26/2019 |
| 21834188589 | 1/17/2018 | 7/26/2019 |
| 21834188597 | 1/17/2018 | 7/26/2019 |
| 21834188571 | 1/17/2018 | 7/26/2019 |
| 21834188605 | 1/17/2018 | 7/26/2019 |
| 21834188530 | 1/17/2018 | 7/26/2019 |
| 21834188548 | 1/17/2018 | 7/26/2019 |
| 21834188555 | 1/17/2018 | 7/26/2019 |
| 21834188779 | 1/18/2018 | 7/26/2019 |
| 21834188720 | 1/18/2018 | 7/26/2019 |
| 21834188886 | 1/19/2018 | 7/26/2019 |
| 21834188902 | 1/19/2018 | 7/26/2019 |
| 21834188910 | 1/19/2018 | 7/26/2019 |
| 21834188928 | 1/19/2018 | 7/26/2019 |
| 21834188936 | 1/19/2018 | 7/26/2019 |
| 21834188944 | 1/19/2018 | 7/26/2019 |
| 21834189678 | 1/25/2018 | 7/26/2019 |
| 21834189553 | 1/25/2018 | 7/26/2019 |
| 21834189538 | 1/25/2018 | 7/26/2019 |
| 21834189686 | 1/25/2018 | 7/26/2019 |
| 21834189561 | 1/25/2018 | 7/26/2019 |
| 21834189579 | 1/25/2018 | 7/26/2019 |
| 21834189587 | 1/25/2018 | 7/26/2019 |
| 21834189595 | 1/25/2018 | 7/26/2019 |
| 21834189611 | 1/25/2018 | 7/26/2019 |
| 21834189629 | 1/25/2018 | 7/26/2019 |
| 21834189637 | 1/25/2018 | 7/26/2019 |
| 21834189645 | 1/25/2018 | 7/26/2019 |
| 21834189652 | 1/25/2018 | 7/26/2019 |

| | | |
|---|---|---|
| 21834189660 | 1/25/2018 | 7/26/2019 |
| 21834189546 | 1/25/2018 | 7/26/2019 |
| 21834189520 | 1/25/2018 | 7/26/2019 |
| 21834189603 | 1/25/2018 | 7/26/2019 |
| 21834189769 | 1/26/2018 | 7/26/2019 |
| 21834189702 | 1/26/2018 | 7/26/2019 |
| 21834189728 | 1/26/2018 | 7/26/2019 |
| 21834189736 | 1/26/2018 | 7/26/2019 |
| 21834189744 | 1/26/2018 | 7/26/2019 |
| 21834189751 | 1/26/2018 | 7/26/2019 |
| 21834189777 | 1/26/2018 | 7/26/2019 |
| 21834189785 | 1/26/2018 | 7/26/2019 |
| 21834189793 | 1/26/2018 | 7/26/2019 |
| 21834189801 | 1/26/2018 | 7/26/2019 |
| 21834189819 | 1/26/2018 | 7/26/2019 |
| 21834189835 | 1/27/2018 | 7/26/2019 |
| 21834189843 | 1/27/2018 | 7/26/2019 |
| 21834189850 | 1/27/2018 | 7/26/2019 |
| 21834189868 | 1/27/2018 | 7/26/2019 |
| 21834189942 | 1/29/2018 | 7/26/2019 |
| 21834190007 | 1/29/2018 | 7/26/2019 |
| 21834189959 | 1/29/2018 | 7/26/2019 |
| 21834190015 | 1/29/2018 | 7/26/2019 |
| 21834189884 | 1/29/2018 | 7/26/2019 |
| 21834190023 | 1/29/2018 | 7/26/2019 |
| 21834189892 | 1/29/2018 | 7/26/2019 |
| 21834190031 | 1/29/2018 | 7/26/2019 |
| 21834189900 | 1/29/2018 | 7/26/2019 |
| 21834189918 | 1/29/2018 | 7/26/2019 |
| 21834189926 | 1/29/2018 | 7/26/2019 |
| 21834189934 | 1/29/2018 | 7/26/2019 |
| 21834189967 | 1/29/2018 | 7/26/2019 |
| 21834189975 | 1/29/2018 | 7/26/2019 |
| 21834189983 | 1/29/2018 | 7/26/2019 |
| 21834189991 | 1/29/2018 | 7/26/2019 |
| 21834190163 | 1/30/2018 | 7/26/2019 |
| 21834190171 | 1/30/2018 | 7/26/2019 |
| 21834190114 | 1/30/2018 | 7/26/2019 |
| 21834190197 | 1/30/2018 | 7/26/2019 |
| 21834190205 | 1/30/2018 | 7/26/2019 |
| 21834190056 | 1/30/2018 | 7/26/2019 |
| 21834190064 | 1/30/2018 | 7/26/2019 |
| 21834190072 | 1/30/2018 | 7/26/2019 |
| 21834190080 | 1/30/2018 | 7/26/2019 |
| 21834190098 | 1/30/2018 | 7/26/2019 |
| 21834190106 | 1/30/2018 | 7/26/2019 |
| 21834190122 | 1/30/2018 | 7/26/2019 |
| 21834190130 | 1/30/2018 | 7/26/2019 |
| 21834190148 | 1/30/2018 | 7/26/2019 |
| 21834190155 | 1/30/2018 | 7/26/2019 |
| 21834190189 | 1/31/2018 | 7/26/2019 |
| 21834190254 | 1/31/2018 | 7/26/2019 |
| 21834190262 | 1/31/2018 | 7/26/2019 |
| 21834190270 | 1/31/2018 | 7/26/2019 |

| | | |
|---|---|---|
| 21834190288 | 1/31/2018 | 7/26/2019 |
| 21834190296 | 1/31/2018 | 7/26/2019 |
| 21834190304 | 1/31/2018 | 7/26/2019 |
| 21834190213 | 1/31/2018 | 7/26/2019 |
| 21834190221 | 1/31/2018 | 7/26/2019 |
| 21834190239 | 1/31/2018 | 7/26/2019 |
| 21834263523 | 2/10/2018 | 7/26/2019 |
| 21834263549 | 2/10/2018 | 7/26/2019 |
| 21834263564 | 2/10/2018 | 7/26/2019 |
| 21834263515 | 2/10/2018 | 7/26/2019 |
| 21834263531 | 2/10/2018 | 7/26/2019 |
| 21834263556 | 2/10/2018 | 7/26/2019 |
| 21834263606 | 2/12/2018 | 7/26/2019 |
| 21834263614 | 2/12/2018 | 7/26/2019 |
| 21834263630 | 2/12/2018 | 7/26/2019 |
| 21834263663 | 2/12/2018 | 7/26/2019 |
| 21834263689 | 2/12/2018 | 7/26/2019 |
| 21834263713 | 2/12/2018 | 7/26/2019 |
| 21834263721 | 2/12/2018 | 7/26/2019 |
| 21834263580 | 2/12/2018 | 7/26/2019 |
| 21834263598 | 2/12/2018 | 7/26/2019 |
| 21834263622 | 2/12/2018 | 7/26/2019 |
| 21834263648 | 2/12/2018 | 7/26/2019 |
| 21834263655 | 2/12/2018 | 7/26/2019 |
| 21834263671 | 2/12/2018 | 7/26/2019 |
| 21834263697 | 2/12/2018 | 7/26/2019 |
| 21834263739 | 2/12/2018 | 7/26/2019 |
| 21834263705 | 2/12/2018 | 7/26/2019 |
| 21834263887 | 2/13/2018 | 7/26/2019 |
| 21834263762 | 2/13/2018 | 7/26/2019 |
| 21834263770 | 2/13/2018 | 7/26/2019 |
| 21834263796 | 2/13/2018 | 7/26/2019 |
| 21834263804 | 2/13/2018 | 7/26/2019 |
| 21834263812 | 2/13/2018 | 7/26/2019 |
| 21834263838 | 2/13/2018 | 7/26/2019 |
| 21834263853 | 2/13/2018 | 7/26/2019 |
| 21834263861 | 2/13/2018 | 7/26/2019 |
| 21834263820 | 2/13/2018 | 7/26/2019 |

411 Entries

**MOTORCAR PARTS OF AMERICA  IR #11-215396200**
PROTEST_NO. 250620100243

| ENTRY_NO | ENTRY_DATE | LIQUIDATION_DATE |
|---|---|---|
| 21833952977 | 11/6/2017 | 8/2/2019 |
| 21833953108 | 11/6/2017 | 8/2/2019 |
| 21833952985 | 11/6/2017 | 8/2/2019 |
| 21833952993 | 11/6/2017 | 8/2/2019 |
| 21833953009 | 11/6/2017 | 8/2/2019 |
| 21833953025 | 11/6/2017 | 8/2/2019 |
| 21833953033 | 11/6/2017 | 8/2/2019 |
| 21833953058 | 11/6/2017 | 8/2/2019 |
| 21833953066 | 11/6/2017 | 8/2/2019 |
| 21833953074 | 11/6/2017 | 8/2/2019 |
| 21833953082 | 11/6/2017 | 8/2/2019 |
| 21833953207 | 11/7/2017 | 8/2/2019 |
| 21833953215 | 11/7/2017 | 8/2/2019 |
| 21833953165 | 11/7/2017 | 8/2/2019 |
| 21833953173 | 11/7/2017 | 8/2/2019 |
| 21833953181 | 11/7/2017 | 8/2/2019 |
| 21833953157 | 11/7/2017 | 8/2/2019 |
| 21833953090 | 11/7/2017 | 8/2/2019 |
| 21833953116 | 11/7/2017 | 8/2/2019 |
| 21833953124 | 11/7/2017 | 8/2/2019 |
| 21833953132 | 11/7/2017 | 8/2/2019 |
| 21833953140 | 11/7/2017 | 8/2/2019 |
| 21833953199 | 11/7/2017 | 8/2/2019 |
| 21833953223 | 11/8/2017 | 8/2/2019 |
| 21833953231 | 11/8/2017 | 8/2/2019 |
| 21833953256 | 11/8/2017 | 8/2/2019 |
| 21833953264 | 11/8/2017 | 8/2/2019 |
| 21833953272 | 11/8/2017 | 8/2/2019 |
| 21833953280 | 11/8/2017 | 8/2/2019 |
| 21833953306 | 11/8/2017 | 8/2/2019 |
| 21833953314 | 11/8/2017 | 8/2/2019 |
| 21833953322 | 11/8/2017 | 8/2/2019 |
| 21833953330 | 11/8/2017 | 8/2/2019 |
| 21833953348 | 11/8/2017 | 8/2/2019 |
| 21833953363 | 11/8/2017 | 8/2/2019 |
| 21833953371 | 11/8/2017 | 8/2/2019 |
| 21833953355 | 11/9/2017 | 8/2/2019 |
| 21833953389 | 11/9/2017 | 8/2/2019 |
| 21834032811 | 11/13/2017 | 8/2/2019 |
| 21834032845 | 11/13/2017 | 8/2/2019 |
| 21834032852 | 11/13/2017 | 8/2/2019 |
| 21834032829 | 11/14/2017 | 8/2/2019 |
| 21834032902 | 11/14/2017 | 8/2/2019 |
| 21834032837 | 11/14/2017 | 8/2/2019 |
| 21834032878 | 11/14/2017 | 8/2/2019 |
| 21834033033 | 11/15/2017 | 8/2/2019 |
| 21834033041 | 11/15/2017 | 8/2/2019 |
| 21834033058 | 11/15/2017 | 8/2/2019 |
| 21834033066 | 11/15/2017 | 8/2/2019 |
| 21834033074 | 11/15/2017 | 8/2/2019 |

| | | |
|---|---|---|
| 21834032886 | 11/15/2017 | 8/2/2019 |
| 21834033082 | 11/15/2017 | 8/2/2019 |
| 21834032894 | 11/15/2017 | 8/2/2019 |
| 21834032951 | 11/15/2017 | 8/2/2019 |
| 21834032977 | 11/15/2017 | 8/2/2019 |
| 21834032993 | 11/15/2017 | 8/2/2019 |
| 21834032910 | 11/15/2017 | 8/2/2019 |
| 21834032928 | 11/15/2017 | 8/2/2019 |
| 21834032936 | 11/15/2017 | 8/2/2019 |
| 21834033090 | 11/15/2017 | 8/2/2019 |
| 21834032944 | 11/15/2017 | 8/2/2019 |
| 21834032969 | 11/15/2017 | 8/2/2019 |
| 21834032985 | 11/15/2017 | 8/2/2019 |
| 21834033025 | 11/15/2017 | 8/2/2019 |
| 21834033009 | 11/15/2017 | 8/2/2019 |
| 21834033017 | 11/15/2017 | 8/2/2019 |
| 21834033108 | 11/15/2017 | 8/2/2019 |
| 21834033116 | 11/15/2017 | 8/2/2019 |
| 21834033181 | 11/16/2017 | 8/2/2019 |
| 21834033199 | 11/16/2017 | 8/2/2019 |
| 21834033207 | 11/16/2017 | 8/2/2019 |
| 21834033215 | 11/16/2017 | 8/2/2019 |
| 21834033223 | 11/16/2017 | 8/2/2019 |
| 21834033231 | 11/16/2017 | 8/2/2019 |
| 21834033256 | 11/16/2017 | 8/2/2019 |
| 21834033272 | 11/16/2017 | 8/2/2019 |
| 21834033280 | 11/16/2017 | 8/2/2019 |
| 21834033298 | 11/16/2017 | 8/2/2019 |
| 21834033124 | 11/16/2017 | 8/2/2019 |
| 21834033132 | 11/16/2017 | 8/2/2019 |
| 21834033140 | 11/16/2017 | 8/2/2019 |
| 21834033157 | 11/16/2017 | 8/2/2019 |
| 21834033249 | 11/17/2017 | 8/2/2019 |
| 21834033264 | 11/17/2017 | 8/2/2019 |
| 21834033306 | 11/17/2017 | 8/2/2019 |
| 21834033348 | 11/17/2017 | 8/2/2019 |
| 21834033355 | 11/17/2017 | 8/2/2019 |
| 21834033371 | 11/17/2017 | 8/2/2019 |
| 21834033405 | 11/17/2017 | 8/2/2019 |
| 21834033421 | 11/17/2017 | 8/2/2019 |
| 21834033330 | 11/17/2017 | 8/2/2019 |
| 21834033363 | 11/17/2017 | 8/2/2019 |
| 21834033322 | 11/17/2017 | 8/2/2019 |
| 21834033389 | 11/17/2017 | 8/2/2019 |
| 21834033397 | 11/17/2017 | 8/2/2019 |
| 21834033462 | 11/18/2017 | 8/2/2019 |
| 21834033470 | 11/18/2017 | 8/2/2019 |
| 21834033488 | 11/18/2017 | 8/2/2019 |
| 21834033496 | 11/18/2017 | 8/2/2019 |
| 21834033504 | 11/18/2017 | 8/2/2019 |
| 21834033512 | 11/18/2017 | 8/2/2019 |
| 21834033520 | 11/18/2017 | 8/2/2019 |
| 21834033538 | 11/18/2017 | 8/2/2019 |
| 21834033413 | 11/18/2017 | 8/2/2019 |
| 21834033439 | 11/18/2017 | 8/2/2019 |

| | | |
|---|---|---|
| 21834033454 | 11/18/2017 | 8/2/2019 |
| 21834033546 | 11/18/2017 | 8/2/2019 |
| 21834033447 | 11/18/2017 | 8/2/2019 |
| 21834033603 | 11/20/2017 | 8/2/2019 |
| 21834033553 | 11/20/2017 | 8/2/2019 |
| 21834033561 | 11/20/2017 | 8/2/2019 |
| 21834033579 | 11/20/2017 | 8/2/2019 |
| 21834033587 | 11/20/2017 | 8/2/2019 |
| 21834033595 | 11/20/2017 | 8/2/2019 |
| 21834033629 | 11/21/2017 | 8/2/2019 |
| 21834033637 | 11/21/2017 | 8/2/2019 |
| 21834033645 | 11/21/2017 | 8/2/2019 |
| 21834033652 | 11/21/2017 | 8/2/2019 |
| 21834033660 | 11/21/2017 | 8/2/2019 |
| 21834033678 | 11/21/2017 | 8/2/2019 |
| 21834033686 | 11/21/2017 | 8/2/2019 |
| 21834033694 | 11/21/2017 | 8/2/2019 |
| 21834033702 | 11/21/2017 | 8/2/2019 |
| 21834033710 | 11/21/2017 | 8/2/2019 |
| 21834033728 | 11/22/2017 | 8/2/2019 |
| 21834033736 | 11/22/2017 | 8/2/2019 |
| 21834033744 | 11/22/2017 | 8/2/2019 |
| 21834033751 | 11/22/2017 | 8/2/2019 |
| 21834033769 | 11/22/2017 | 8/2/2019 |
| 21834033793 | 11/22/2017 | 8/2/2019 |
| 21834033801 | 11/22/2017 | 8/2/2019 |
| 21834035269 | 12/6/2017 | 8/2/2019 |
| 21834035293 | 12/6/2017 | 8/2/2019 |
| 21834035251 | 12/6/2017 | 8/2/2019 |
| 21834035343 | 12/7/2017 | 8/2/2019 |
| 21834035277 | 12/7/2017 | 8/2/2019 |
| 21834035350 | 12/7/2017 | 8/2/2019 |
| 21834035327 | 12/7/2017 | 8/2/2019 |
| 21834035335 | 12/7/2017 | 8/2/2019 |
| 21834035418 | 12/7/2017 | 8/2/2019 |
| 21834035467 | 12/7/2017 | 8/2/2019 |
| 21834035285 | 12/7/2017 | 8/2/2019 |
| 21834035301 | 12/7/2017 | 8/2/2019 |
| 21834035384 | 12/7/2017 | 8/2/2019 |
| 21834035400 | 12/7/2017 | 8/2/2019 |
| 21834035392 | 12/7/2017 | 8/2/2019 |
| 21834035475 | 12/7/2017 | 8/2/2019 |
| 21834035368 | 12/7/2017 | 8/2/2019 |
| 21834035376 | 12/7/2017 | 8/2/2019 |
| 21834115590 | 12/8/2017 | 8/2/2019 |
| 21834115517 | 12/8/2017 | 8/2/2019 |
| 21834115608 | 12/8/2017 | 8/2/2019 |
| 21834115640 | 12/8/2017 | 8/2/2019 |
| 21834035483 | 12/8/2017 | 8/2/2019 |
| 21834035459 | 12/8/2017 | 8/2/2019 |
| 21834115566 | 12/8/2017 | 8/2/2019 |
| 21834115574 | 12/8/2017 | 8/2/2019 |
| 21834115657 | 12/8/2017 | 8/2/2019 |
| 21834035442 | 12/8/2017 | 8/2/2019 |
| 21834035434 | 12/8/2017 | 8/2/2019 |

| | | |
|---|---|---|
| 21834115533 | 12/8/2017 | 8/2/2019 |
| 21834035426 | 12/8/2017 | 8/2/2019 |
| 21834115558 | 12/8/2017 | 8/2/2019 |
| 21834115509 | 12/8/2017 | 8/2/2019 |
| 21834115582 | 12/8/2017 | 8/2/2019 |
| 21834115665 | 12/9/2017 | 8/2/2019 |
| 21834115616 | 12/9/2017 | 8/2/2019 |
| 21834115624 | 12/9/2017 | 8/2/2019 |
| 21834115632 | 12/9/2017 | 8/2/2019 |
| 21834115749 | 12/11/2017 | 8/2/2019 |
| 21834115756 | 12/11/2017 | 8/2/2019 |
| 21834115699 | 12/11/2017 | 8/2/2019 |
| 21834115681 | 12/11/2017 | 8/2/2019 |
| 21834115772 | 12/11/2017 | 8/2/2019 |
| 21834115723 | 12/11/2017 | 8/2/2019 |
| 21834115731 | 12/11/2017 | 8/2/2019 |
| 21834115673 | 12/11/2017 | 8/2/2019 |
| 21834115707 | 12/11/2017 | 8/2/2019 |
| 21834115715 | 12/11/2017 | 8/2/2019 |
| 21834115830 | 12/12/2017 | 8/2/2019 |
| 21834115855 | 12/12/2017 | 8/2/2019 |
| 21834115871 | 12/12/2017 | 8/2/2019 |
| 21834115814 | 12/12/2017 | 8/2/2019 |
| 21834115780 | 12/12/2017 | 8/2/2019 |
| 21834115897 | 12/12/2017 | 8/2/2019 |
| 21834115921 | 12/12/2017 | 8/2/2019 |
| 21834115913 | 12/12/2017 | 8/2/2019 |
| 21834115863 | 12/12/2017 | 8/2/2019 |
| 21834115947 | 12/12/2017 | 8/2/2019 |
| 21834115806 | 12/12/2017 | 8/2/2019 |
| 21834115905 | 12/12/2017 | 8/2/2019 |
| 21834115954 | 12/13/2017 | 8/2/2019 |
| 21834116028 | 12/13/2017 | 8/2/2019 |
| 21834115970 | 12/13/2017 | 8/2/2019 |
| 21834115988 | 12/13/2017 | 8/2/2019 |
| 21834116051 | 12/13/2017 | 8/2/2019 |
| 21834116010 | 12/13/2017 | 8/2/2019 |
| 21834116002 | 12/13/2017 | 8/2/2019 |
| 21834116044 | 12/13/2017 | 8/2/2019 |
| 21834115939 | 12/13/2017 | 8/2/2019 |
| 21834116036 | 12/13/2017 | 8/2/2019 |
| 21834115996 | 12/13/2017 | 8/2/2019 |
| 21834116077 | 12/13/2017 | 8/2/2019 |
| 21834116127 | 12/14/2017 | 8/2/2019 |
| 21834116143 | 12/14/2017 | 8/2/2019 |
| 21834116085 | 12/14/2017 | 8/2/2019 |
| 21834116119 | 12/14/2017 | 8/2/2019 |
| 21834116226 | 12/14/2017 | 8/2/2019 |
| 21834116069 | 12/14/2017 | 8/2/2019 |
| 21834116184 | 12/14/2017 | 8/2/2019 |
| 21834116093 | 12/14/2017 | 8/2/2019 |
| 21834116168 | 12/14/2017 | 8/2/2019 |
| 21834116135 | 12/14/2017 | 8/2/2019 |
| 21834116101 | 12/14/2017 | 8/2/2019 |
| 21834116192 | 12/14/2017 | 8/2/2019 |

| | | |
|---|---|---|
| 21834116218 | 12/14/2017 | 8/2/2019 |
| 21834116200 | 12/14/2017 | 8/2/2019 |
| 21834116234 | 12/14/2017 | 8/2/2019 |
| 21834116150 | 12/14/2017 | 8/2/2019 |
| 21834116242 | 12/14/2017 | 8/2/2019 |
| 21834116309 | 12/15/2017 | 8/2/2019 |
| 21834116283 | 12/15/2017 | 8/2/2019 |
| 21834116275 | 12/15/2017 | 8/2/2019 |
| 21834116358 | 12/15/2017 | 8/2/2019 |
| 21834116341 | 12/15/2017 | 8/2/2019 |
| 21834116267 | 12/15/2017 | 8/2/2019 |
| 21834116333 | 12/15/2017 | 8/2/2019 |
| 21834116366 | 12/15/2017 | 8/2/2019 |
| 21834116291 | 12/15/2017 | 8/2/2019 |
| 21834116382 | 12/15/2017 | 8/2/2019 |
| 21834116325 | 12/15/2017 | 8/2/2019 |
| 21834116317 | 12/15/2017 | 8/2/2019 |
| 21834116374 | 12/16/2017 | 8/2/2019 |
| 21834116416 | 12/18/2017 | 8/2/2019 |
| 21834116408 | 12/18/2017 | 8/2/2019 |
| 21834116481 | 12/18/2017 | 8/2/2019 |
| 21834116457 | 12/18/2017 | 8/2/2019 |
| 21834116440 | 12/18/2017 | 8/2/2019 |
| 21834116432 | 12/18/2017 | 8/2/2019 |
| 21834116424 | 12/18/2017 | 8/2/2019 |
| 21834116507 | 12/18/2017 | 8/2/2019 |
| 21834116473 | 12/18/2017 | 8/2/2019 |
| 21834116465 | 12/18/2017 | 8/2/2019 |
| 21834116499 | 12/19/2017 | 8/2/2019 |
| 21834116515 | 12/19/2017 | 8/2/2019 |
| 21834116549 | 12/19/2017 | 8/2/2019 |
| 21834116531 | 12/19/2017 | 8/2/2019 |
| 21834116564 | 12/19/2017 | 8/2/2019 |
| 21834118446 | 1/6/2018 | 8/2/2019 |
| 21834118453 | 1/6/2018 | 8/2/2019 |
| 21834118461 | 1/6/2018 | 8/2/2019 |
| 21834188357 | 1/15/2018 | 8/2/2019 |
| 21834188365 | 1/15/2018 | 8/2/2019 |
| 21834188373 | 1/15/2018 | 8/2/2019 |
| 21834188381 | 1/15/2018 | 8/2/2019 |
| 21834188399 | 1/16/2018 | 8/2/2019 |
| 21834188464 | 1/16/2018 | 8/2/2019 |
| 21834188415 | 1/16/2018 | 8/2/2019 |
| 21834188407 | 1/16/2018 | 8/2/2019 |
| 21834188423 | 1/16/2018 | 8/2/2019 |
| 21834188431 | 1/16/2018 | 8/2/2019 |
| 21834188449 | 1/16/2018 | 8/2/2019 |
| 21834188456 | 1/16/2018 | 8/2/2019 |
| 21834189694 | 1/26/2018 | 8/2/2019 |
| 21834189710 | 1/26/2018 | 8/2/2019 |
| 21834263291 | 2/8/2018 | 8/2/2019 |
| 21834263309 | 2/8/2018 | 8/2/2019 |
| 21834263317 | 2/8/2018 | 8/2/2019 |
| 21834263325 | 2/8/2018 | 8/2/2019 |
| 21834263358 | 2/8/2018 | 8/2/2019 |

| | | |
|---|---|---|
| 21834263283 | 2/8/2018 | 8/2/2019 |
| 21834263333 | 2/8/2018 | 8/2/2019 |
| 21834263366 | 2/8/2018 | 8/2/2019 |
| 21834263374 | 2/8/2018 | 8/2/2019 |
| 21834263473 | 2/9/2018 | 8/2/2019 |
| 21834263499 | 2/9/2018 | 8/2/2019 |
| 21834263382 | 2/9/2018 | 8/2/2019 |
| 21834263408 | 2/9/2018 | 8/2/2019 |
| 21834263416 | 2/9/2018 | 8/2/2019 |
| 21834263432 | 2/9/2018 | 8/2/2019 |
| 21834263457 | 2/9/2018 | 8/2/2019 |
| 21834263465 | 2/9/2018 | 8/2/2019 |
| 21834263481 | 2/9/2018 | 8/2/2019 |
| 21834263507 | 2/9/2018 | 8/2/2019 |
| 21834263424 | 2/9/2018 | 8/2/2019 |
| 21834263440 | 2/9/2018 | 8/2/2019 |
| 21834263747 | 2/12/2018 | 8/2/2019 |
| 21834263788 | 2/13/2018 | 8/2/2019 |
| 21834115822 | 12/12/2017 | 8/9/2019 |
| 21834117950 | 1/3/2018 | 8/9/2019 |
| 21834118057 | 1/3/2018 | 8/9/2019 |
| 21834118065 | 1/3/2018 | 8/9/2019 |
| 21834118081 | 1/3/2018 | 8/9/2019 |
| 21834118073 | 1/3/2018 | 8/9/2019 |
| 21834118107 | 1/3/2018 | 8/9/2019 |
| 21834117976 | 1/3/2018 | 8/9/2019 |
| 21834118016 | 1/3/2018 | 8/9/2019 |
| 21834118024 | 1/3/2018 | 8/9/2019 |
| 21834118032 | 1/3/2018 | 8/9/2019 |
| 21834118008 | 1/3/2018 | 8/9/2019 |
| 21834118040 | 1/3/2018 | 8/9/2019 |
| 21834117984 | 1/3/2018 | 8/9/2019 |
| 21834117992 | 1/3/2018 | 8/9/2019 |
| 21834118222 | 1/4/2018 | 8/9/2019 |
| 21834118214 | 1/4/2018 | 8/9/2019 |
| 21834118255 | 1/4/2018 | 8/9/2019 |
| 21834118248 | 1/4/2018 | 8/9/2019 |
| 21834118099 | 1/4/2018 | 8/9/2019 |
| 21834118230 | 1/4/2018 | 8/9/2019 |
| 21834118263 | 1/4/2018 | 8/9/2019 |
| 21834118115 | 1/4/2018 | 8/9/2019 |
| 21834118123 | 1/4/2018 | 8/9/2019 |
| 21834118149 | 1/4/2018 | 8/9/2019 |
| 21834118156 | 1/4/2018 | 8/9/2019 |
| 21834118164 | 1/4/2018 | 8/9/2019 |
| 21834118131 | 1/4/2018 | 8/9/2019 |
| 21834118172 | 1/4/2018 | 8/9/2019 |
| 21834118198 | 1/4/2018 | 8/9/2019 |
| 21834118206 | 1/4/2018 | 8/9/2019 |
| 21834118180 | 1/4/2018 | 8/9/2019 |
| 21834118388 | 1/5/2018 | 8/9/2019 |
| 21834118271 | 1/5/2018 | 8/9/2019 |
| 21834118289 | 1/5/2018 | 8/9/2019 |
| 21834118321 | 1/5/2018 | 8/9/2019 |
| 21834118313 | 1/5/2018 | 8/9/2019 |

| | | |
|---|---|---|
| 21834118297 | 1/5/2018 | 8/9/2019 |
| 21834118339 | 1/5/2018 | 8/9/2019 |
| 21834118347 | 1/5/2018 | 8/9/2019 |
| 21834118370 | 1/5/2018 | 8/9/2019 |
| 21834118396 | 1/5/2018 | 8/9/2019 |
| 21834118404 | 1/5/2018 | 8/9/2019 |
| 21834118412 | 1/5/2018 | 8/9/2019 |
| 21834118420 | 1/5/2018 | 8/9/2019 |
| 21834118354 | 1/5/2018 | 8/9/2019 |
| 21834118479 | 1/6/2018 | 8/9/2019 |
| 21834188472 | 1/16/2018 | 8/9/2019 |
| 21834188639 | 1/17/2018 | 8/9/2019 |
| 21834188670 | 1/17/2018 | 8/9/2019 |
| 21834188662 | 1/17/2018 | 8/9/2019 |
| 21834188654 | 1/17/2018 | 8/9/2019 |
| 21834188696 | 1/17/2018 | 8/9/2019 |
| 21834188688 | 1/17/2018 | 8/9/2019 |
| 21834188704 | 1/17/2018 | 8/9/2019 |
| 21834188712 | 1/17/2018 | 8/9/2019 |
| 21834188621 | 1/17/2018 | 8/9/2019 |
| 21834188613 | 1/17/2018 | 8/9/2019 |
| 21834188647 | 1/17/2018 | 8/9/2019 |
| 21834188746 | 1/18/2018 | 8/9/2019 |
| 21834188761 | 1/18/2018 | 8/9/2019 |
| 21834188753 | 1/18/2018 | 8/9/2019 |
| 21834188803 | 1/18/2018 | 8/9/2019 |
| 21834188787 | 1/18/2018 | 8/9/2019 |
| 21834188837 | 1/18/2018 | 8/9/2019 |
| 21834188845 | 1/18/2018 | 8/9/2019 |
| 21834188795 | 1/18/2018 | 8/9/2019 |
| 21834188852 | 1/18/2018 | 8/9/2019 |
| 21834188829 | 1/18/2018 | 8/9/2019 |
| 21834188860 | 1/18/2018 | 8/9/2019 |
| 21834188878 | 1/18/2018 | 8/9/2019 |
| 21834188811 | 1/18/2018 | 8/9/2019 |
| 21834188951 | 1/19/2018 | 8/9/2019 |
| 21834188977 | 1/19/2018 | 8/9/2019 |
| 21834188993 | 1/19/2018 | 8/9/2019 |
| 21834189009 | 1/19/2018 | 8/9/2019 |
| 21834189017 | 1/19/2018 | 8/9/2019 |
| 21834189025 | 1/20/2018 | 8/9/2019 |
| 21834189033 | 1/20/2018 | 8/9/2019 |
| 21834189041 | 1/20/2018 | 8/9/2019 |
| 21834189058 | 1/20/2018 | 8/9/2019 |
| 21834189066 | 1/20/2018 | 8/9/2019 |
| 21834189074 | 1/20/2018 | 8/9/2019 |
| 21834189090 | 1/22/2018 | 8/9/2019 |
| 21834189108 | 1/22/2018 | 8/9/2019 |
| 21834189116 | 1/22/2018 | 8/9/2019 |
| 21834189124 | 1/22/2018 | 8/9/2019 |
| 21834189132 | 1/22/2018 | 8/9/2019 |
| 21834189140 | 1/22/2018 | 8/9/2019 |
| 21834189157 | 1/22/2018 | 8/9/2019 |
| 21834189165 | 1/22/2018 | 8/9/2019 |
| 21834189173 | 1/22/2018 | 8/9/2019 |

| | | |
|---|---|---|
| 21834189181 | 1/22/2018 | 8/9/2019 |
| 21834189207 | 1/22/2018 | 8/9/2019 |
| 21834189314 | 1/23/2018 | 8/9/2019 |
| 21834189322 | 1/23/2018 | 8/9/2019 |
| 21834189330 | 1/23/2018 | 8/9/2019 |
| 21834189348 | 1/23/2018 | 8/9/2019 |
| 21834189199 | 1/23/2018 | 8/9/2019 |
| 21834189355 | 1/23/2018 | 8/9/2019 |
| 21834189363 | 1/23/2018 | 8/9/2019 |
| 21834189215 | 1/23/2018 | 8/9/2019 |
| 21834189223 | 1/23/2018 | 8/9/2019 |
| 21834189231 | 1/23/2018 | 8/9/2019 |
| 21834189249 | 1/23/2018 | 8/9/2019 |
| 21834189256 | 1/23/2018 | 8/9/2019 |
| 21834189264 | 1/23/2018 | 8/9/2019 |
| 21834189272 | 1/23/2018 | 8/9/2019 |
| 21834189280 | 1/23/2018 | 8/9/2019 |
| 21834189298 | 1/23/2018 | 8/9/2019 |
| 21834189306 | 1/23/2018 | 8/9/2019 |
| 21834189371 | 1/24/2018 | 8/9/2019 |
| 21834189397 | 1/24/2018 | 8/9/2019 |
| 21834189405 | 1/24/2018 | 8/9/2019 |
| 21834189413 | 1/24/2018 | 8/9/2019 |
| 21834189421 | 1/24/2018 | 8/9/2019 |
| 21834189439 | 1/24/2018 | 8/9/2019 |
| 21834189462 | 1/24/2018 | 8/9/2019 |
| 21834189470 | 1/24/2018 | 8/9/2019 |
| 21834189454 | 1/24/2018 | 8/9/2019 |
| 21834189488 | 1/24/2018 | 8/9/2019 |
| 21834189496 | 1/24/2018 | 8/9/2019 |
| 21834189504 | 1/24/2018 | 8/9/2019 |
| 21834190353 | 1/31/2018 | 8/9/2019 |
| 21834190361 | 1/31/2018 | 8/9/2019 |
| 21834190387 | 1/31/2018 | 8/9/2019 |
| 21834190395 | 1/31/2018 | 8/9/2019 |
| 21834190312 | 1/31/2018 | 8/9/2019 |
| 21834190320 | 1/31/2018 | 8/9/2019 |
| 21834190338 | 1/31/2018 | 8/9/2019 |
| 21834190346 | 1/31/2018 | 8/9/2019 |
| 21834190478 | 2/1/2018 | 8/9/2019 |
| 21834190486 | 2/1/2018 | 8/9/2019 |
| 21834262491 | 2/1/2018 | 8/9/2019 |
| 21834190379 | 2/1/2018 | 8/9/2019 |
| 21834190403 | 2/1/2018 | 8/9/2019 |
| 21834262509 | 2/1/2018 | 8/9/2019 |
| 21834262525 | 2/1/2018 | 8/9/2019 |
| 21834262533 | 2/1/2018 | 8/9/2019 |
| 21834190445 | 2/1/2018 | 8/9/2019 |
| 21834190452 | 2/1/2018 | 8/9/2019 |
| 21834262582 | 2/1/2018 | 8/9/2019 |
| 21834190460 | 2/1/2018 | 8/9/2019 |
| 21834262541 | 2/1/2018 | 8/9/2019 |
| 21834262558 | 2/1/2018 | 8/9/2019 |
| 21834262566 | 2/1/2018 | 8/9/2019 |
| 21834262590 | 2/1/2018 | 8/9/2019 |

| | | |
|---|---|---|
| 21834190411 | 2/1/2018 | 8/9/2019 |
| 21834262681 | 2/2/2018 | 8/9/2019 |
| 21834262699 | 2/2/2018 | 8/9/2019 |
| 21834262715 | 2/2/2018 | 8/9/2019 |
| 21834262657 | 2/2/2018 | 8/9/2019 |
| 21834262574 | 2/2/2018 | 8/9/2019 |
| 21834262665 | 2/2/2018 | 8/9/2019 |
| 21834262673 | 2/2/2018 | 8/9/2019 |
| 21834262608 | 2/2/2018 | 8/9/2019 |
| 21834262624 | 2/2/2018 | 8/9/2019 |
| 21834262632 | 2/2/2018 | 8/9/2019 |
| 21834262640 | 2/2/2018 | 8/9/2019 |
| 21834262756 | 2/2/2018 | 8/9/2019 |
| 21834262764 | 2/2/2018 | 8/9/2019 |
| 21834262780 | 2/2/2018 | 8/9/2019 |
| 21834262707 | 2/2/2018 | 8/9/2019 |
| 21834262806 | 2/3/2018 | 8/9/2019 |
| 21834262814 | 2/3/2018 | 8/9/2019 |
| 21834262822 | 2/3/2018 | 8/9/2019 |
| 21834262772 | 2/3/2018 | 8/9/2019 |
| 21834262830 | 2/5/2018 | 8/9/2019 |
| 21834262905 | 2/5/2018 | 8/9/2019 |
| 21834262913 | 2/5/2018 | 8/9/2019 |
| 21834262848 | 2/5/2018 | 8/9/2019 |
| 21834262871 | 2/5/2018 | 8/9/2019 |
| 21834262855 | 2/5/2018 | 8/9/2019 |
| 21834262863 | 2/5/2018 | 8/9/2019 |
| 21834262889 | 2/5/2018 | 8/9/2019 |
| 21834262897 | 2/5/2018 | 8/9/2019 |
| 21834262988 | 2/6/2018 | 8/9/2019 |
| 21834262939 | 2/6/2018 | 8/9/2019 |
| 21834262996 | 2/6/2018 | 8/9/2019 |
| 21834262947 | 2/6/2018 | 8/9/2019 |
| 21834262954 | 2/6/2018 | 8/9/2019 |
| 21834262962 | 2/6/2018 | 8/9/2019 |
| 21834262970 | 2/6/2018 | 8/9/2019 |
| 21834263002 | 2/6/2018 | 8/9/2019 |
| 21834263051 | 2/6/2018 | 8/9/2019 |
| 21834263069 | 2/6/2018 | 8/9/2019 |
| 21834263168 | 2/7/2018 | 8/9/2019 |
| 21834263085 | 2/7/2018 | 8/9/2019 |
| 21834263101 | 2/7/2018 | 8/9/2019 |
| 21834263119 | 2/7/2018 | 8/9/2019 |
| 21834263127 | 2/7/2018 | 8/9/2019 |
| 21834263135 | 2/7/2018 | 8/9/2019 |
| 21834263143 | 2/7/2018 | 8/9/2019 |
| 21834263150 | 2/7/2018 | 8/9/2019 |
| 21834263077 | 2/7/2018 | 8/9/2019 |
| 21834263234 | 2/7/2018 | 8/9/2019 |
| 21834263176 | 2/7/2018 | 8/9/2019 |
| 21834263192 | 2/7/2018 | 8/9/2019 |
| 21834263200 | 2/7/2018 | 8/9/2019 |
| 21834263218 | 2/7/2018 | 8/9/2019 |
| 21834263226 | 2/8/2018 | 8/9/2019 |
| 21834263242 | 2/8/2018 | 8/9/2019 |

| | | |
|---|---|---|
| 21834263259 | 2/8/2018 | 8/9/2019 |
| 21834263275 | 2/8/2018 | 8/9/2019 |
| 21834262731 | 2/2/2018 | 8/16/2019 |
| 21834262723 | 2/2/2018 | 8/16/2019 |
| 21834262749 | 2/3/2018 | 8/16/2019 |
| 21834262798 | 2/3/2018 | 8/16/2019 |
| 21834263184 | 2/7/2018 | 8/16/2019 |
| 21834035236 | 12/6/2017 | 8/30/2019 |
| 21834035244 | 12/6/2017 | 8/30/2019 |
| 21834034197 | 11/27/2017 | 10/25/2019 |

500 Entries